## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| STEPHEN NORMAN, individually, and ONE SIX ONE LLC, d/b/a ADAM & EVE | * * * * | |
| Plaintiffs | * * | NO: 4:11CV00593 SWW |
| V. | * * | |
| CITY OF LITTLE ROCK | * | |

## ORDER

Before the Court is the parties' joint notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stating that the parties have settled this matter and wish to have the case dismissed without prejudice.

IT IS THEREFORE ORDERED that, in accordance with the parties' stipulation of dismissal (docket entry #12) and Rule 41(a)(1)(A)(ii), this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 12TH DAY OF OCTOBER, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE